**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-CV-1357 (GK) |
| JANET NAPOLITANO, HILLARY RODHAM CLINTON, and ALEJANDRO MAYORKAS, | ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss the Complaint. Upon consideration of the Motion, any oppositions and replies thereto, the pertinent portions of the record, and being otherwise fully advised of the matter, the Court hereby:

GRANTS Defendants' Motion to Dismiss and ORDERS that the Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.


DATED:                                    _____
                                          Honorable Gladys Kessler
                                          United States District Judge