### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HELLS ANGELS** | ) | |
| **MOTORCYCLE CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 12-CV-1357 (GK)** |
| | ) | |
| **JANET NAPOLITANO, HILLARY RODHAM** | ) | |
| **CLINTON, and ALEJANDRO MAYORKAS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE

Plaintiff Hells Angels Motorcycle Corporation, by and through undersigned counsel, hereby moves to withdraw, without prejudice, its August 16, 2012 Complaint For Injunctive and Declaratory Relief against Janet Napolitano, Hillary Rodham Clinton, and Alejandro Mayorkas, in the above-captioned proceeding pursuant to Federal Rules of Civil Procedure 41(a)(2).

Respectfully submitted,


s/Margaret Wong
MARGARET W. WONG (0009068)
MARGARET W. WONG & ASSOC. CO. LPA
3150 Chester Avenue
Cleveland, OH 44114
(216)566-9908
*Attorney for Plaintiff Hells Angels Motorcycle Corporation*
Date: December 17, 2012

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HELLS ANGELS** | ) | |
| **MOTORCYCLE CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 12-CV-1357 (GK)** |
| | ) | |
| **JANET NAPOLITANO, HILLARY RODHAM** | ) | |
| **CLINTON, and ALEJANDRO MAYORKAS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2012, I electronically filed the foregoing Plaintiff's

MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE, with the Clerk of the

Court using CM/ECF, which will automatically serve the following counsel with a copy of the

document:

Craig A. Defoe
Trial Attorney
United State Department of Justice
Office of Immigration Litigation
District Court Section
Tel; 202-532-4114
Email: Craig.Defoe@usdoj.gov
Attorney for Defendants

                    /s/Margaret Wong
                    Margaret Wong
                    Margaret W. Wong & Associates, Co., L.P.A.
                    3150 Chester Ave.
                    Cleveland, Ohio 44114
                    216-566-9908
                    Email: wong@imwong.com
                    Attorney for Plaintiff