UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>JANET NAPOLITANO, HILLARY RODHAM )<br>CLINTON, and ALEJANDRO MAYORKAS,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 12-CV-1357 (GK) |

**PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE**

THIS CAUSE comes before the Court upon Plaintiff's MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised of the matter, it is:

ORDERED AN ADJUDGED  that the Motion is GRANTED.


DONE AND ORDERED in Chambers in Washington, District of Columbia, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE